UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BENNIE JONES,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Civil Action No. 1:14-cv-532 | |
| § | | |
| **ARAIN'S & SIDIQUI'S, INC.** § | | |
| **(dba HIGHWAY 21 FOOD MART) and** § | | |
| **ABRARA ATHAR SIDIQUI** § | | |
| *Defendants* § | **Jury Demanded** | |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff in the above-styled and numbered cause hereby respectfully requests the Clerk to enter default against the Defendants on the basis that the record in this case demonstrates that each has failed to plead or otherwise defend this action.

1.  This civil action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*., was originally filed with this Court on June 6, 2014.

2.  Defendants Abrara Athar Sidiqui and Arain's and Sidiqui's, Inc. were each served with a copy of the Summons and Complaint on June 17, 2014. The Return of Service and Affidavit of Process Server filed with the Court on September 9, 2014 establish that service was proper pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. (Doc. # 6.)

3.  The applicable time for responding has expired, and Defendants have all failed to plead or otherwise respond to the complaint.

4. Individual Defendant Abrara Athar Sidiqui is not in military service and is not a minor or incompetent person. (Declaration of Aaron Johnson, attached and incorporated by reference as Exhibit A.)

Respectfully submitted,

By: _____
Aaron Johnson
Texas State Bar No. 24056961
aaron@equaljusticecenter.org
EQUAL JUSTICE CENTER
510 S. Congress Ave., Suite 206
Austin, Texas 78704
Tel.: (512) 474-0007 ext-104
Fax: (512) 474-0008

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on September 9, 2014 I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and the Defendants by U.S. mail as follows:

Sidiqui Athar Abrara and
Arain & Sidiqui's Inc.
10210 Sand Dollar
Houston, Texas  77065

_____
Aaron Johnson
Attorney for Plaintiffs