IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENNIE JONES, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. A-14-CV-532-LY |
| ARAIN'S & SIDIQUI'S, INC. D/B/A | § | |
| HIGHWAY 21 FOOD MART AND | § | |
| ABRARA ATHAR SIDIQUI, | § | |
|     DEFENDANTS. | § | |

## ORDER

Before the court is the above-styled cause of action, which was filed in this court on June 6, 2014. The record reflects that no action has taken place in this cause since summons were successfully executed on Defendants on June 17, 2014 (Clerks Doc. Nos. 5 and 6) and the Clerk of this court entered a default against Defendants on September 10, 2014 (Clerk's Doc. No. 8).

**IT IS THEREFORE ORDERED** that Plaintiff shall show cause **in writing** why this cause should not be dismissed for want of prosecution **on or before April 15, 2015.**

SIGNED this 31st day of March, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE